AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Raymond A. Wedlake, as a Member of Woodington Homeowners' Association, Inc.,
*Plaintiff*
v.

Civil Action No.    6:20-cv-02085-DCC

The State of South Carolina, as Represented by the Honorable Alan Wilson, Attorney General,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Raymond A. Wedlake, shall take nothing of the defendant; The State of South Carolina, as to the complaint filed pursuant to 28 U.S.C. 2201 and the motion to dismiss is granted.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting the defendant's motion to dismiss.

Date:   October 16, 2020

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*